UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SELENE RMOF REO ACQUISITION, LLC, | 3:11-CV-0837-LRH-VPC |
| Plaintiff, | |
| | **MINUTES OF THE COURT** |
| v. | |
| DOUGLAS WACHHOLZ, et al., | |
| | June 21, 2012 |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Douglas Wachholz's motion to strike complaint due to duplicative paragraph numbering (#44) is **DENIED as moot**.  The court addressed the motion to strike at the hearing on June 14, 2012, and the plaintiff agreed to file an amended complaint to correct the paragraph numbering (#46).  The amended complaint was filed on June 15, 2012 (#45).

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　By:       /s/
　　　　　　　　　　　　　　　　　　　Deputy Clerk